UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY FONTE and
ANGELA FONTE,

    Plaintiffs,

v.    Case No.  8:07-cv-1086-T-24TBM

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Dismiss and Motion for More Definite Statement, which was filed on June 22, 2007 (Doc. No. 3).  Plaintiffs Anthony Fonte and Angela Fonte have failed to file any responsive pleading to the motion.  Accordingly, the Court will construe this Motion as unopposed, if these Plaintiffs do not file any responsive pleading by **Friday, July 20, 2007**.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of July, 2007.

                                                          SUSAN C. BUCKLEW
                                                          United States District Judge

Copies to:
Counsel of Record