UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY FONTE and
ANGELA FONTE,

       Plaintiffs,

v.                                             Case No. 8:07-cv-1086-T-24 TBM

SCOTTSDALE INSURANCE
COMPANY,

       Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Dismiss and for More Definite Statement. (Doc. No. 3, 22). Plaintiffs oppose the motion. (Doc. No. 12, 23).

## I. Background

Plaintiffs allege the following in their complaint (Doc. No. 2): Plaintiffs own property that was covered by a homeowner's insurance policy issued by Defendant. On January 23, 2007, while the policy was in force, Plaintiffs discovered damage to their home, including progressive physical damage to the walls and floors. Plaintiffs contend that this damage was caused by a covered peril under the policy. Plaintiffs applied for insurance benefits under the policy, but Defendant has refused to pay all of the benefits due under the policy.

## II. Motion to Dismiss

In response to the complaint, Defendant has moved for dismissal. Specifically, Defendant contends that the complaint should be dismissed because Plaintiffs did not identify the cause of the damage to their home in their complaint, nor did they attach the insurance policy to the complaint or identify the specific policy language that was breached. These arguments

have no merit.

Upon review of the complaint, the Court finds that Plaintiffs have adequately alleged a claim for breach of an insurance contract and have complied with the notice pleading requirements of Rule 8. As such, Defendant's motion to dismiss is denied.

### III.  Motion for More Definite Statement

Defendant also moves for a more definite statement, arguing that since Plaintiffs did not identify the cause of the damage to their house or the specific policy language breached, Defendant cannot frame a responsive pleading. Again, this argument has no merit, as Plaintiffs have adequately alleged their claim. As such, Defendant's motion for more definite statement is denied.

### IV.  Conclusion

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Dismiss and for More Definite Statement (Doc. No. 3) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record